JAMES D. STEIN, Appellant, v. SAMUEL WASSERMAN, Respondent.— Order, so far as appealed from, unanimously reversed, with twenty dollars costs and disbursements, and the motion in all respects granted upon the ground that the demands are verbose, prolix, repetitious and improper, without prejudice to the service of a proper demand. Present — Martin, P. J., O'Malley, Townley, Cohn and Callahan, JJ.

DAVID J. BREEN and Others v. MORTGAGE COMMISSION OF THE STATE OF NEW YORK and Others.— Motion for leave to appeal to the Court of Appeals granted; motion for extension of time to answer granted in so far as to stay entry of judgment by default pending said appeal. [See 260 App. Div. 753.] Settle order on notice. Present — Martin, P. J., Townley, Glennon, Untermyer and Cohn, JJ.

REMO ENGINEERING CORPORATION v. THE CITY OF NEW YORK.— Motion for leave to appeal to the Court of Appeals granted. [See 260 App. Div. 587.] Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

REMO ENGINEERING CORPORATION v. THE CITY OF NEW YORK.— Motions for leave to appeal to the Court of Appeals granted. [See 260 App. Div. 587.] Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

In the Matter of the Petition of ALEXANDER HALPERN, as Executor of the Last Will and Testament of LOUIS MILLER, Deceased, and Others, for an Order Adjudging in Respect to Matters Pursuant to the Provisions of Section 106 of the Stock Corporation Law, etc.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Martin, P. J., O'Malley, Townley and Dore, JJ.

ESTHER WINTER v. NEW YORK LIFE INSURANCE COMPANY.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Martin, P. J., O'Malley, Untermyer, Dore and Cohn, JJ.

In the Matter of the Judicial Settlement of the Account of Proceedings of ARTHUR SUTHERLAND, as Executor, etc., of JOHN A. WEEKES, Deceased, as Trustee, etc., of ESTELLE D. WEEKES, Deceased, etc.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Martin, P. J., Townley, Glennon, Dore and Cohn, JJ.

AMERICAN FIRE PREVENTION BUREAU, INC., v. AUTOMATIC SPRINKLER COMPANY OF AMERICA.—Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Martin, P. J., Townley, Glennon, Dore and Callahan, JJ.

In the Matter of the Application of WILLIAM TUSCHINSKY and Others against THE CITY OF NEW YORK and Others.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

In the Matter of the Application of AARON STEGER for an Order against THE BOARD OF EXAMINERS OF THE BOARD OF EDUCATION OF THE CITY OF NEW YORK and Others.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Martin, P. J., Townley, Untermyer, Dore and Cohn, JJ.

JOHN H. AWTRY v. TRADERS & GENERAL INSURANCE COMPANY (a Foreign Corporation), Impleaded, etc.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Martin, P. J., Townley, Untermyer, Dore and Cohn, JJ.